■ LOIS GERARD, Plaintiff, v CITY OF NEW YORK et al., Defendants. (And a Third-Party Action.) FELIX CONTRACTING CORP., Fourth-Party Plaintiff-Respondent, v CITY WIDE ASPHALT PAVING Co., Fourth-Party Defendant-Appellant. [678 NYS2d 894] —Order, Supreme Court, New York County (Jane Solomon, J.),

entered on or about August 6, 1997, which denied fourth-party defendant City Wide Asphalt Paving Co.'s motion for summary judgment dismissing the fourth-party complaint, unanimously affirmed, without costs.

The evidence presented by fourth-party plaintiff Felix Contracting Corp. sufficed to raise a material factual issue as to the exact location of plaintiff's accident and thus precluded the grant of fourth-party defendant-appellant's motion for summary judgment dismissing the fourth-party complaint (*see, Alvarez v Prospect Hosp.*, 68 NY2d 320, 324). Upon appellant's renewed application on oral argument, defendant and third-party plaintiff's brief is stricken. Concur—Lerner, P. J., Milonas, Ellerin, Rubin and Williams, JJ.